UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60102-CR-ZLOCH

UNITED STATES OF AMERICA

v.

STANLEY WILSON,

Defendant.

_____/

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States of America and the defendant, Stanley Wilson, agree that, had this case proceeded to trial, the United States would have proven the following facts, which occurred in Broward County, in the Southern District of Florida, beyond a reasonable doubt:

Wilson and his co-defendants were members of an organization calling itself Please Talk Paper ("PTP"). From September 2009 through March 16, 2010, the organization prostituted adult and minor females out of national and international hotel chains that serviced interstate travelers in Broward County by advertising its prostitutes on the Internet site backpage.com. The advertisements on backpage.com indicate clearly that the individuals in the advertisements are being offered for prostitution. The group also shared resources, including computers, condoms, and the prostitutes themselves, and helped each other with internet advertising and avoiding detection by law enforcement.

The members of PTP included pimps and "bottoms," who controlled the day to day activities of the prostitutes. Wilson was a pimp. His co-conspirator Latanya Ned worked for Wilson as a "bottom."

During the time he was involved with PTP, Wilson had several prostitutes working directly for him, including D.C. and J.C.  On behalf of Wilson, Ned regularly advertised D.C. and J.C. on backpage.com.  Wilson and Ned also discussed advertising D.C. and J.C. on other internet sites.

Wilson also regularly assaulted and threatened both D.C. and J.C. during the alleged time period of the conspiracy.  For example, on one occassion, Wilson threatened to shoot D.C. in the face.  Additionally, during a December 10, 2009 recorded telephone call, Wilson ordered another individual working for him to beat J.C. because J.C. was talking with men without having them pay her for sex.  The assault occurred while Wilson listened on the phone.  In late December 2009, during a recorded telephone call, one of Wilson's prostitutes asked him why he was "hard" on her.  Wilson responded, "Cause I gotta be hard on y'all.  I gotta be hard on both of ya'll.  I can't go light.  If I go light, damn, what kind of money you gonna make.  I don't want no light money."

In December 2009, Wilson was arrested for an unrelated matter.  At that point, Ned took control of D.C. and J.C., and Wilson gave Ned orders from jail.  While Wilson was in jail, and at Wilson's direction, Ned paid for the hotel rooms used by the prostitutes and posted advertisements for the prostitutes on backpage.com.  Ned used her computer to post the advertisements and paid for the advertisements.

Other pimps in the organization included co-defendants Johnny Saintil and Michael Defrand.  During the alleged time period of the conspiracy, Saintil and Defrand prostituted at least two minors each by advertising the minors on backpage.com.  Maritza Rodriguez, a "bottom" working for Saintil, assisted Wilson by helping him advertise his prostitutes on backpage.com and driving his prostitutes to prostitution dates.

WIFREDO A. FERRER
UNITED STATES ATTORNEY


Date: 8/22/10

By: _____
Strider L. Dickson
Assistant United States Attorney

Date: 8/23/10

By: _____
Howard Greitzer
Attorney for Defendant

Date: 8/23/10

By: _____
Stanley Wilson
Defendant


3