UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.: 10-60102-CR-ZLOCH

                    Plaintiff,

vs.

STANLEY WILSON_____/

### SENTENCING MINUTES

Date: November 19, 2010            Court Reporter: Carl Schanzleh

Asst. U.S. Attorney: Strider Dickson, AUSA

Defense Counsel: Howard Greitzer, Esq.

Probation: Jessica Manzanares  Interpreter:_____

Defendant: __X__Present _____Not Present _____On Bond ___X___In Custody

### JUDGMENT AND SENTENCE

IMPRISONMENT:          Count                    Months

                        IS                      102 months

COMMENTS:_____

SUPERVISED RELEASE: 5 years _____

____ Maintain Employment __✓__ Search Person/Property _____ Deportation

____ Mental Health Treatment ✓ Financial Disclosure _____ No Debt

__✓__ No Self-Employment Without Permission          OTHER:

Substance abuse treatment; No contact with minors; No contact with minors in employment; No involvement in youth organizations; Sex offender treatment; restricted from possession of sexual materials; Adam Walsh Act search condition; Sex Offender registration

SPECIAL ASSESSMENT: $ 100.00   FINE: $ _____   RESTITUTION: to be determined at a restitution hearing.

OTHER: _Forfeiture of defs right, title and interest in certain property_

Counts remaining dismissed on Government motion: _granted   6S + 7S_

__✓__ Defendant advised of his right to appeal

__✓__ Remanded to U.S. Marshal   _____ Released on bond pending appeal

_____ Voluntary surrender to_____ designated institution _____ U.S. Marshal on

or before _____

Recommendations to the Bureau of Prisons: _Designate the defendant to a South Florida facility; 500 hour drug treatment program at the BOP_____

Miscellaneous:_____ Courtroom Clerk: Barbara Coats  _Debbie Blay_

_Defendant is withdrawing the objections to the PSR and will argue them towards a variance._