UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60102-CR-ZLOCH(s)

UNITED STATES OF AMERICA

v.

JOHNNY SAINTIL,
MICHAEL DEFRAND,
STANLEY WILSON,
MARITZA RODRIGUEZ,
and LATANYA NED,

        Defendants.
_____/

## UNOPPOSED MOTION TO CANCEL RESTITUTION HEARINGS

The United States of America respectfully submits this unopposed motion to cancel the resitution hearings currently scheduled for January 21, 2011 and February 15, 2011. In support of this motion, the United States respectfully submits the following:

1. On June 5, 2010, a grand jury returned a Superseding Indictment charging the defendants with conspiring to sex traffic minors and by force, in violation of 18 U.S.C. § 1594(c) (Count 1), and substantive counts of sex trafficking minors and by force, in violation of 18 U.S.C. § 1591(a) (Counts 2-7).

2. On August 18, 2010, Ms. Ned pled guilty to Count 1. On August 19, 2010, Ms. Rodriguez pled guilty to Count 1. On August 23, 2010, Mr. Saintil and Mr. Wilson pled guilty to Count 1, and Mr. Defrand pled guilty to Counts 1 and 4.

3. On October 27, 2010, October 28, 2010, and November 19, 2010, the Court held sentencing hearings for the defendants. At the conclusion of each sentencing hearing, the Court scheduled a further hearing to determine the final restitution owed to the victims in this case. For

Ms. Rodriguez and Ms. Ned, the Court scheduled restitution hearings for January 21, 2011. For Mr. Saintil, Mr. Defrand, and Mr. Wilson, the Court scheduled restitution hearings for February 15, 2011.

4. The government has contacted the victims in this case to notify them of the restitution hearings and their rights concerning restitution. To date, the government has not received notice from any victim regarding a claim for restitution.

5. Based on conversations with the probation officer assigned to this case, the undersigned understands that the United States Probation Office also has provided notice to the victims concerning their restitution rights. The undersigned understands that the United States Probation Office also has not received notice from any victim regarding a claim for restitution.

6. The undersigned has communicated with counsel for each of the defendants, and all agree with the relief sought in this motion.

WHEREFORE, the United States respectfully request that the Court cancel the resitution hearings currently scheduled for January 21, 2011 and February 15, 2011.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By:   s/ Strider L. Dickson
    Strider L. Dickson
    Assistant United States Attorney
    500 E. Broward Blvd.
    Ft. Lauderdale, FL   33394
    Tel: (954) 660-5960
    Fax: (954) 356-7336
    Email: Strider.Dickson@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                           s/ Strider L. Dickson
                                                           Strider L. Dickson
                                                           Assistant United States Attorney