UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60102-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      **O R D E R**

JOHNNY SAINTIL, MICHAEL
DEFRAND, STANLEY WILSON,
MARITZA RODRIGUEZ and
LATANYA NED,

    Defendants.
_____/

THIS MATTER is before the Court upon the Unopposed Motion To Cancel Restitution Hearing (DE 226), filed herein by the Government. The Court has carefully reviewed said Motion and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Government's Unopposed Motion To Cancel Restitution Hearing (DE 226) be and the same is hereby **GRANTED**. The Restitution hearings set for January 21, 2011 and February 15, 2011 are hereby **CANCELLED** and the Defendants' Judgments will be amended to reflect that no restitution is owed by the Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_11th\_\_\_ day of January, 2011.

                                            WILLIAM J. ZLOCH
                                            United States District Judge

cc: All Counsel of Record
    U.S. Probation